FILED

06 OCT 10 PM 2:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY, et al.,<br><br>　　　　　　　Defendants. | Case No.: 06 CR 0065 DMS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT EX PARTE APPLICATION TO EXCEED PAGE LIMITATIONS ON THEIR NINE SUBSTANTIVE MOTIONS SCHEDULED TO BE HEARD ON OCTOBER 27, 2006**<br><br>Date:　　　October 27, 2006<br>Time:　　　1:30 p.m.<br>Courtroom: 10<br>Judge:　　　Honorable Dana M. Sabraw |

SD\554529.1                                                                                       CASE NO. 06CR0065-DMS

This matter came before the Court on the <u>ex parte</u> application of Defendants San Diego Gas & Electric Company, Jacquelyn McHugh, Kyle Rheubottom and David Williamson (collectively, "Defendants") to exceed the page limitations imposed by United States District Court, Southern District of California, Criminal Local Rule 47.1(e) for memoranda of points and authorities in support of the following joint motions scheduled to be heard on October 27, 2006:

1. Defendants' Joint Motion to Dismiss Counts 1, 2, 3 and 5 of the Indictment for Failure to State an Offense Involving Jurisdictional Amount of "Regulated" Asbestos-Containing Material;
2. Motion to Dismiss Count 4 of the Indictment by Defendants Williamson and SDG&E;
3. Defendants' Joint Motion to Dismiss Counts 2, 3 and 5 as Unconstitutionally Vague;
4. Defendants' Joint Motion to Dismiss Counts 1, 2, 3 and 5 of the Indictment on Due Process Grounds;
5. Defendants' Joint Motion to Dismiss Indictment for Pre-Indictment Delay;
6. Defendants' Joint Motion to Dismiss Counts 1, 2, 3 and 5 of the Indictment for Failure to Preserve Samples or Alternatively to Suppress Samples and all Laboratory Reports and Statements Related Thereto and for an Evidentiary Hearing;
7. Defendants Rheubottom, McHugh And Williamson's Joint Motion to Dismiss Counts One, Two, Three and Five of the Indictment (Mens Rea);
8. Defendants' Joint Motion for Disclosure of Grand Jury Materials; and
9. Defendants' Joint Motion to Strike Surplusage from Indictment.

IT IS HEREBY ORDERED that Defendants may file memoranda of points and authorities in support of their motions noticed for hearing on October 27, 2006 in excess of the twenty-five (25) page limitation set forth in Criminal Local Rule 47.1(e).

Dated: __10-10__, 2006

_____
HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE

SD\554529.1

CASE NO. 06CR0065-DMS