CAROL C. LAM
United States Attorney
MELANIE K. PIERSON
Assistant United States Attorney
California State Bar No. 112520
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-5685

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SAN DIEGO GAS AND ELECTRIC, INC. (1),<br>KYLE RHEUBOTTOM (2),<br>JACQUELYN MC HUGH (3),<br>DAVID JOSEPH "WILLY" WILLIAMSON (4),<br><br>            Defendants. | Criminal Case No. 06cr0065-DMS<br><br>MOTION FOR LEAVE OF COURT TO FILE MOTION IN EXCESS OF 25 PAGES PER LOCAL RULE 47.1(e) AND ORDER THEREON |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Melanie K. Pierson, Assistant U.S. Attorney, and hereby moves this court for an order allowing the Government's Response and Opposition to Defendants' Motions: (1) To Strike Surplusage; (2) To Suppress Evidence; (3) To Dismiss Counts 1-3, 5 for Failure to State an Offense; (4) To Dismiss Indictment for Preindictment Delay; (5) To Dismiss Count 4; (6) For Grand Jury Materials; (7) To Dismiss Counts 1-3, 5 for Due Process; (8) To Dismiss Counts 2, 3, 5 as Unconstitutionally Vague; with Memorandum of Points

//

//

1 | and Authorities and Declaration, to exceed the page limit based on the fact that defense was allowed to file their motions which totaled 170 pages.

DATED: October 16, 2006.

Respectfully submitted,

CAROL C. LAM
United States Attorney


MELANIE K. PIERSON
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06cr0065-DMS |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SAN DIEGO GAS AND ELECTRIC, INC. (1), KYLE RHEUBOTTOM (2), JACQUELYN MC HUGH (3), DAVID JOSEPH "WILLY" WILLIAMSON (4), | ) ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the clerk of the court file the Government's Response and Opposition to Defendants' Motions: (1) To Strike Surplusage; (2) To Suppress Evidence; (3) To Dismiss Counts 1-3, 5 for Failure to State an Offense; (4) To Dismiss Indictment for Preindictment Delay; (5) To Dismiss Count 4; (6) For Grand Jury Materials; (7) To Dismiss Counts 1-3, 5 for Due Process; (8) To Dismiss Counts 2, 3, 5 as Unconstitutionally Vague; with Memorandum of Points and Authorities and Declaration on October 17, 2006.

SO ORDERED.

DATED: October 17, 2006

_____
HON. DANA M. SABRAW
United States District Judge