# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>SAN DIEGO GAS & ELECTRIC COMPANY, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 06cr0065 DMS<br><br>**ORDER REGARDING ORAL ARGUMENT** |

　　　Currently pending before the Court are nine motions by Defendants: (1) motion to dismiss counts 1, 2, 3 and 5 for failure to state an offense involving jurisdictional amount of "regulated" asbestos-containing material; (2) motion to strike surplusage from indictment; (3) motion to dismiss counts 1, 2, 3 and 5 for failure to preserve samples; (4) motion to dismiss counts 1, 2, 3, and 5 on due process grounds ("internally inconsistent" positions); (5) motion to dismiss counts 1, 2, 3 and 5 (mens rea); (6) motion to dismiss indictment for pre-indictment delay; (7) motion to dismiss count 4 (false statement); (8) motion for disclosure of grand jury materials; and (9) motion to dismiss counts 2, 3 and 5 as unconstitutionally vague ("adequately wet"). Oral argument on the motions is scheduled for **October 27, 2006, at 1:30 p.m.**

　　　In anticipation of this hearing, the Court asks that counsel address the following questions during oral argument:

　　　1.　　　Whether the change in the test method – from the "averaging" method to the "single-

1 layer" method – constitutes a legislative rule or an interpretive rule, *i.e.*, whether the "single-layer"
2 test method "creates rights, assigns duties, or imposes obligations, the basic tenor of which is not
3 already outlined" in the law itself? *La Casa Del Convaleciente v. Sullivan*, 965 F.2d 1175, 1177 (1st
4 Cir. 1992).

5     2.    The method for determining whether a material contains more than 1 percent asbestos
6 is referred to as Polarized Light Microscopy ("PLM"). 55 Fed. Reg. 48406, 48415 (Nov. 20, 1990).
7 The PLM test method measures percentage of asbestos by area, and not by weight. Based on the
8 evidence that exists today (samples, laboratory test results, photographs, inspector notes, etc.), is it
9 possible to determine whether the pipe wrap constitutes more than 1 percent asbestos under the
10 "averaging" method?

11     3.    Is the "improved method" referenced in the EPA's Notice of Advisory, 59 Fed. Reg.
12 38970 (Aug. 1, 1994), referring to the Transmission Electron Microscopy (TEM) test method, which,
13 unlike the PLM method, "provide[s] guidance for analyzing materials that contain thin (<0.25
14 micrometers) asbestos fibers"? 59 Fed. Reg. at 38971.

15     4.    Assuming *arguendo* the "single-layer" test method is invalid rule-making because the
16 EPA failed to observe the notice-and-comment procedures set out in Section 553 of the Administrative
17 Procedure Act, must the indictment be dismissed for lack of jurisdiction or violation of due process?

18     **IT IS SO ORDERED.**

19 DATED: October 25, 2006

20

21                           HON. DANA M. SABRAW
                             United States District Judge

22

23 cc: all parties

24

25

26

27

28